# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:15CR47 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CARLOS REYNOSO-MENDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the oral motion of the government and the defendant Carlos Reynoso-Mendez (Reynoso-Mendez) for an extension of the discovery and pretrial motion deadline. The motion was made during the arraignment on the Indictment on February 27, 2015. Reynoso-Mendez acknowledged the additional time needed for his motion would be excluded under the calculations under the Speedy Trial Act. The oral motion was granted.

**IT IS ORDERED:**

1. The motion for an extension of time to extend discovery and file pretrial motions is granted. Discovery shall be completed **by March 13, 2015**, and pretrial motion shall be filed **on or before March 30, 2015**.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **from February 27, 2015, and March 30, 2015**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 9th day of March, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge